CLIFFORD STEPHENS, alias JOE LOUIS, v. STATE.

192 So. 402
Division A
Opinion Filed December 1, 1939

*Douglas & Schad* and *Ira J. Carter, Jr.,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Thomas J. Ellis,* Assistant Attorney General, for Defendant in Error.

BUFORD, J.—On writ of error we review judgment imposing the death penalty on conviction of murder in the first degree.

The record has been examined in the light of briefs and oral argument before the Court. After careful consideration, we are of the opinion that the evidence is not legally sufficient to support the verdict and judgment and, therefore, that the judgment should be reversed and a new trial awarded.

It is so ordered.

TERRELL, C. J., BROWN and CHAPMAN, J. J., concur.

WHITFIELD and THOMAS, J. J., dissent.